938 A.2d 984

**In re LAND USE APPEAL OF SOUTHEASTERN CHESTER COUNTY REFUSE AUTHORITY from the Decision of the London Grove Township Board of Supervisors.**

**Southeastern Chester County Refuse Authority**

**v.**

**Board of Supervisors of London Grove Township**

**Petition of Southeastern Chester County Refuse Authority.**

Supreme Court of Pennsylvania.

Dec. 17, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of December, 2007, the Petition for Allowance of Appeal is **GRANTED,** the order of the Commonwealth Court is **VACATED,** and the matter is **RE-MANDED** to the Commonwealth Court for proceedings consistent with *Wistuk v. Lower Mt. Bethel Township Zoning Hearing Board and Lower Mt. Bethel Twp. Board of Supervisors,* 592 Pa. 419, 925 A.2d 768 (2007).